IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROLANDO CALDERILLA | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-582 |
| WARDEN, USP BEAUMONT | § | |

## ORDER

Petitioner submitted the above-styled petition for writ of habeas corpus. Petitioner did not include the $5.00 filing fee or an application to proceed *in forma pauperis*. Petitioner must either pay the filing fee or submit an application to proceed *in forma pauperis* accompanied by a statement prepared by an authorized prison official showing the average balance and average deposits to petitioner's inmate trust account for the preceding six months.

It is **ORDERED** that petitioner shall, within twenty (20) days from the date set forth below, submit the $5.00 filing fee or an application to proceed *in forma pauperis* accompanied by a statement prepared by an authorized prison official showing the average balance and average deposits to petitioner's inmate trust account for the preceding six months.

SIGNED this 1st day of December, 2021.

_____
Zack Hawthorn
United States Magistrate Judge