PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 1:21CV582 Rolando Calderilla

RECEIVED: (2) ord

on this _____ day of _____, 20___, at _____ a.m./p.m.

at _____
(Name of Institution)

_____    _____
Witness (if by mark)        (Signature, or mark, of addressee)

_____
Witness (if by mark)

BY DEPUTY

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS DEC 14 2021*

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT 6 00 (A.M./P.M.) ON THIS 8 DAY OF Dec, 2021, AT Wynne.
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness